<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7584**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH WARREN ALLISON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-90-446-A, CA-97-649-AM)

_____

Submitted: September 29, 1998          Decided: October 20, 1998

_____

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Kenneth Warren Allison, Appellant Pro Se. Bernard James Apperson, III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Warren Allison seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A.§ 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Allison, Nos. CR-90-446-A; CA-97-649-AM (E.D. Va. Sept. 29, 1997). To the extent that Allison challenged the forfeiture of his personal property, however, we note that the dismissal is without prejudice to his filing of a motion for return of seized property pursuant to Fed. R. Crim. P. 41(e). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED